IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN IRVIN BILEY, | No. C 11-03905 SI |
| Plaintiff, | **ORDER REFERRING CASE TO FEDERAL PRO BONO PROJECT FOR APPOINTMENT OF COUNSEL** |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. / | |

The plaintiff, Allen Irvin Biley, having requested and being in need of counsel to assist him/her in this matter and good and just cause appearing, IT IS HEREBY ORDERED that Allen Irvin Biley shall be referred to the Federal Pro Bono Project ("Project") in the manner set forth below:

1. The clerk shall forward to the appropriate Project office, San Francisco or San Jose, determined by whether the referring judge is located in the San Francisco/Oakland or San Jose division, one copy of the court file with a notice of referral of the case pursuant to the Guidelines of the Project for referral to a volunteer attorney. The scope of this referral shall be for all purposes for the duration of the case in this Court.

2. Upon being notified by the Project that an attorney has been located to represent Plaintiff Biley, that attorney shall be appointed as counsel for Plaintiff Biley in this matter for the scope of representation described above. If the appointment of counsel is for limited purposes, the Court shall issue an order relieving the volunteer attorney from the limited representation of the litigant once those purposes have been fulfilled.

3. All proceedings in this action are hereby stayed until four weeks from the date an attorney is appointed to represent Plaintiff Biley in this action.

**IT IS SO ORDERED.**

Dated: January 10, 1012

SUSAN ILLSTON
United States District Judge