FILED
FEB X 6 2012
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN IRVIN BILEY, | No. C 11-03905 SI |
| Plaintiff, | **ORDER APPOINTING COUNSEL** |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Because the plaintiff, Allen Irvin Biley has requested and is in need of counsel to assist him in this matter and a volunteer attorney is willing to be appointed to undertake this representation at the request of the Federal Pro Bono Project, Melissa Dubbs and Brittany Dejong of Carlson, Calladine, & Peterson LLP are hereby appointed as counsel for plaintiff in this matter.

The scope of this referral shall be for:

    X    all purposes for the duration of the case

    ☐    the limited purpose of representing the litigant in the course of

           ☐    mediation

           ☐    early neutral evaluation

           ☐    settlement conference

           ☐    briefing ☐ and hearing on the following motion (e.g., motion for summary judgment or motion to dismiss):

    ☐    discovery as follows:

☐ other:
_____

_____

Counsel shall be familiar with General Order No. 25 and the Federal Pro Bono Project Guidelines posted on the Court's website.

**IT IS SO ORDERED.**

Dated: 2/6/12

SUSAN ILLSTON
United States District Judge

 Fw: Biley v. Commissioner of Social Security, 3:11-cv-03905-SI
Christine Thornton   to: Erica Craven-Green                              02/03/2012 11:09 AM

here it is.

----- Forwarded by Christine Thornton/CAND/09/USCOURTS on 02/03/2012 11:08 AM -----

From:     Jocelyn Whiteley <jwhiteley@sfbar.org>
To:       "Christine_Thornton@cand.uscourts.gov" <Christine_Thornton@cand.uscourts.gov>
Date:     02/02/2012 12:00 PM
Subject:  Biley v. Commissioner of Social Security, 3:11-cv-03905-SI

Christine -

RE: *Biley v. Commissioner of Social Security*,  3:11-cv-03905-SI

   I am pleased to inform you that we have located counsel for the Biley Matter. Melissa Dubbs and Brittany Dejong of Carlson, Calladine, & Peterson LLP will be taking the case. Please have the Judge sign the order appointing them as counsel. I would appreciate it if you could send me an email letting me know when the order has been signed so I can let the attorneys know they can begin representation. Attached is a template for the order.

Thank you,

Jocelyn

**Jocelyn Whiteley | Legal Projects Coordinator**
Volunteer Legal Services Program
jwhiteley@sfbar.org
415-782-9000 ext. 8106


FINAL - Exhibit D - Order Appointing Counsel.doc