FILED
FEB X 6 2012
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ALLEN IRVIN BILEY,　　　　　　　　　　　　No. C 11-03905 SI

　　　　Plaintiff,　　　　　　　　　　　　　　**ORDER APPOINTING COUNSEL**

v.

COMMISSIONER OF SOCIAL SECURITY,

　　　　Defendant.
_____/

　　　　Because the plaintiff, Allen Irvin Biley has requested and is in need of counsel to assist him in this matter and a volunteer attorney is willing to be appointed to undertake this representation at the request of the Federal Pro Bono Project, Melissa Dubbs and Brittany Dejong of Carlson, Calladine, & Peterson LLP are hereby appointed as counsel for plaintiff in this matter.

　　　　The scope of this referral shall be for:

　　　　　　X　　all purposes for the duration of the case
　　　　　　☐　　the limited purpose of representing the litigant in the course of
　　　　　　　　　☐　mediation
　　　　　　　　　☐　early neutral evaluation
　　　　　　　　　☐　settlement conference
　　　　　　　　　☐　briefing ☐ and hearing on the following motion (e.g., motion for summary judgment or motion to dismiss): _____

　　　　　　☐　discovery as follows: _____

☐   other: _____

Counsel shall be familiar with General Order No. 25 and the Federal Pro Bono Project Guidelines posted on the Court's website.

**IT IS SO ORDERED.**

Dated: 2/6/12

_____
SUSAN ILLSTON
United States District Judge



**Fw: Biley v. Commissioner of Social Security, 3:11-cv-03905-SI**
Christine Thornton   to: Erica Craven-Green                02/03/2012 11:09 AM

here it is.

----- Forwarded by Christine Thornton/CAND/09/USCOURTS on 02/03/2012 11:08 AM -----

| | |
|---|---|
| From: | Jocelyn Whiteley <jwhiteley@sfbar.org> |
| To: | "Christine_Thornton@cand.uscourts.gov" <Christine_Thornton@cand.uscourts.gov> |
| Date: | 02/02/2012 12:00 PM |
| Subject: | Biley v. Commissioner of Social Security, 3:11-cv-03905-SI |

Christine -

**RE:** *Biley v. Commissioner of Social Security,* 3:11-cv-03905-SI

I am pleased to inform you that we have located counsel for the Biley Matter. Melissa Dubbs and Brittany Dejong of Carlson, Calladine, & Peterson LLP will be taking the case. Please have the Judge sign the order appointing them as counsel. I would appreciate it if you could send me an email letting me know when the order has been signed so I can let the attorneys know they can begin representation. Attached is a template for the order.

Thank you,

Jocelyn

<u>**Jocelyn Whiteley**</u> | **Legal Projects Coordinator**
Volunteer Legal Services Program
jwhiteley@sfbar.org
415-782-9000 ext. 8106



FINAL - Exhibit D - Order Appointing Counsel.doc