IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN IRVIN BILEY, | No. C 11-03905 SI |
| Plaintiff, | **ORDER SETTING BRIEFING SCHEDULE** |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. / | |

Counsel having been appointed through the Federal Pro Bono Project on February 2, 2012, and the case having been stayed through March 5, 2012, the Court sets the following briefing schedule:

Plaintiff's motion for summary judgment or for remand shall be filed on or before April 13, 2012. Defendant shall serve and file an opposition or counter-motion on or before May 11, 2012. Plaintiff shall file and serve a reply, if any, on or before May 25, 2012. Unless the Court orders otherwise, the matter shall be submitted for decision without oral argument.

**IT IS SO ORDERED.**

Dated: March 15, 2012

SUSAN ILLSTON
United States District Judge