1

2

3

4

5                                IN THE UNITED STATES DISTRICT COURT

6                              FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8    ALLEN IRVIN BILEY,                              No. C 11-03905 SI

9                    Plaintiff,                      **ORDER SETTING BRIEFING SCHEDULE**

10          v.

11   COMMISSIONER OF SOCIAL SECURITY,

12                   Defendant.
     _____/

13

14          Counsel having been appointed through the Federal Pro Bono Project on February 2, 2012, and

15   the case having been stayed through March 5, 2012, the Court sets the following briefing schedule:

16          Plaintiff's motion for summary judgment or for remand shall be filed on or before April 13,

17   2012.  Defendant shall serve and file an opposition or counter-motion on or before May 11, 2012.

18   Plaintiff shall file and serve a reply, if any, on or before May 25, 2012.  Unless the Court orders

19   otherwise, the matter shall be submitted for decision without oral argument.

20

21          **IT IS SO ORDERED.**

22

23   Dated: March 15, 2012

24                                                  SUSAN ILLSTON
                                                    United States District Judge

25

26

27

28

_United States District Court_
_For the Northern District of California_