IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN IRVIN BILEY, | No. C 11-03905 SI |
| Plaintiff, | **ORDER RELIEVING PRO BONO COUNSEL** |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

The Court, having appointed Melissa Dubbs and Brittany Dejong of Carlson, Calladine, & Peterson LLP as pro bono counsel for proceedings related to Mr. Biley's Complaint in this case, relieves pro bono counsel in light of this Court's order remanding the case for further proceedings. Pro bono counsel are relieved as counsel of record on behalf of Mr. Biley and are not considered counsel of record for purposes of any proceedings on remand or future proceedings in this Court.

**IT IS SO ORDERED.**

Dated: October 12, 2012

_____
SUSAN ILLSTON
United States District Judge