1

2

3

4

5                IN THE UNITED STATES DISTRICT COURT

6              FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8   ALLEN IRVIN BILEY,                    No. C 11-03905 SI

9            Plaintiff,                   **ORDER RELIEVING PRO BONO**
                                          **COUNSEL**
10    v.

11  COMMISSIONER OF SOCIAL SECURITY,

12            Defendant.

13  _____/

14

15        The Court, having appointed Melissa Dubbs and Brittany Dejong of Carlson, Calladine, &

16  Peterson LLP as pro bono counsel for proceedings related to Mr. Biley's Complaint in this case, relieves

17  pro bono counsel in light of this Court's order remanding the case for further proceedings.  Pro bono

18  counsel are relieved as counsel of record on behalf of Mr. Biley and are not considered counsel of record

19  for purposes of any proceedings on remand or future proceedings in this Court.

20

21        **IT IS SO ORDERED.**

22  Dated: October 12, 2012

23                                        _____

24                                        SUSAN ILLSTON
                                          United States District Judge
25

26

27

28

United States District Court
For the Northern District of California